STATE, EX REL. C. A. SORENSEN, ATTORNEY GENERAL, V. FARMERS STATE BANK, E. H. LUIKART, RECEIVER, APPELLEE: SCHOOL DISTRICT NO. 8, INTERVENER, APPELLANT.

FILED MARCH 23, 1934. No. 28894.

*Harry Grimminger,* for appellant.

*F. C. Radke* and *Barlow Nye,* contra.

Heard before GOSS, C. J., ROSE, GOOD, EBERLY, DAY and PAINE, JJ., and LANDIS, District Judge.

PER CURIAM.

This is a proceeding in equity to have adjudged as a trust fund deposits aggregating $5,007.35, made by a school district treasurer in the Farmers State Bank of Wood River (while a going concern) after substantial compliance by School District No. 8 of Wood River, Hall county, with sections 77-2525, 77-2526, Comp. St. Supp. 1933. Such depository bank subsequently became insolvent.

In the district court the prayer of the school district was denied, and the funds thus deposited were adjudged to be a general deposit. From this judgment the school district appeals.

The facts of the transaction are very similar to those involved in *State v. Farmers & Merchants Bank, ante,* p. 245, wherein this court announced the controlling principle that "Deposit of school district funds in a duly designated depository, in the absence of special agreement to the contrary, constitutes a general deposit."

It necessarily follows that the judgment of the trial court, being in harmony with the conclusion of this tribunal so declared, is right, and, on the authority of *State v. Farmers & Merchants Bank, supra,* is

AFFIRMED.